HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case Nos.　　CR99-5534RBL<br>CR01-5089RBL<br>C08-5068RBL |
| v. | |
| MAXIE A. MOORE, | ORDER |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion Pursuant to 28 U.S.C. §2255. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The defendant has filed a §2255 motion challenging his 2001 conviction for fraud and failure to appear. The record reflects that this is a second or successive §2255 motion. See C03-5292JET. This Court is without jurisdiction to consider a second or successive motion unless the United States Court of Appeals for the Ninth Circuit so certifies. The record contains no such certification. Accordingly, this motion is **DISMISSED** without prejudice to allow defendant to seek certification from the Ninth Circuit.

ORDER
Page - 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 28th day of February, 2008.

　　　　　　　　　　_____
　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　UNITED STATES DISTRICT JUDGE