HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXIE A. MOORE,

    Defendant.

Case Nos.   CR99-5534RBL
                 CR01-5089RBL
                 C08-5068RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion Pursuant to 28 U.S.C. §2255. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The defendant has filed a §2255 motion challenging his 2001 conviction for fraud and failure to appear. The record reflects that this is a second or successive §2255 motion. See C03-5292JET. This Court is without jurisdiction to consider a second or successive motion unless the United States Court of Appeals for the Ninth Circuit so certifies. The record contains no such certification. Accordingly, this motion is **DISMISSED** without prejudice to allow defendant to seek certification from the Ninth Circuit.

ORDER
Page - 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 28th day of February, 2008.

  
RONALD B. LEIGHTON  
UNITED STATES DISTRICT JUDGE