Moore v. United States of America | Doc. 4
Case 3:08-cv-05068-RBL   Document 4   Filed 02/28/2008   Page 1 of 1
AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

MAXIE A. MOORE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5068RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this motion is DISMISSED without prejudice to allow defendant to seek certification from the Ninth Circuit.

February 28, 2008         BRUCE RIFKIN
Date                      Clerk

                          *s/CM Gonzalez*
                          Deputy Clerk