HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | Case Nos. | CR99-5534RBL |
| --- | --- | --- |
| Plaintiff, | | CR01-5089RBL |
| v. | | C08-5068RBL |
| MAXIE A. MOORE, | ORDER | |
| Defendant. | | |

On February 28, 2008 this Court entered an Order dismissing without prejudice defendant's 28 U.S.C. §2255 motion as a second or successive motion. That Order was issued in error. Instead of dismissing the motion without prejudice and directing the defendant to file with the Ninth Circuit, Ninth Circuit Rule 22-3 directs this Court to refer the second or successive motion to the Court of Appeals. Therefore, it is hereby **ORDERED**:

(1) The clerk shall transfer defendant's motion to the Ninth Circuit Court of Appeals as a second or successive motion; and

(2) The clerk shall serve a copy of this Order on all counsel of record and on the defendant and shall administratively close this case.

Dated this 3rd day of March, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1