AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA,

v.

MAXIE A. MOORE,

CASE NUMBER: C08-5068RBL
(CR99-5534RBL)
(CR01-5089RBL)

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The clerk shall transfer defendant's motion to the Ninth Circuit Court of Appeals as a second or successive motion.  This case is administratively closed.

*DATED :*    3/4/2008

                                            BRUCE  RIFKIN
                                  *Clerk*

                                            /s/   Jean Boring
                                  *(By) Deputy Clerk*, Jean Boring